IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-02163-PAC-MEH

SIERRA CLUB and
MINERAL POLICY CENTER,

      Plaintiff(s),

v.

EL PASO GOLD MINES, INC.,

      Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that Plaintiffs' Motion to Vacate and Re-Set Trial Date [filed February 2, 2006; Doc. No. 161-1] is **GRANTED** as follows:

      The two week trial to court scheduled for July 31, 2006 through August 11, 2006 is ***vacated and reset*** to **October 30, 2006 through November 9, 2006**, in Courtroom A501.

      IT IS **ORDERED** that the Final Pretrial Conference set for June 30, 2006 is ***vacated*** and shall be rescheduled at a later date.

      IT IS **FURTHER ORDERED** that counsel are to notify this Court of the Supreme Court's decision on the petition for certiorari within ten days of receipt of notice from the Supreme Court.

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  February 7, 2006