IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-02163-PAC-MEH

SIERRA CLUB and
MINERAL POLICY CENTER,

    Plaintiff(s),

v.

EL PASO GOLD MINES, INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS **HEREBY ORDERED** that Plaintiffs' Expedited Motion Under Fed.R.Civ.P. 37(C) to Exclude Testimony of Defendant's Previously Undisclosed Expert Witness Art O'Hayre, filed September 15, 2006, is **DENIED**. Defendant may call Mr. O'Hayre as a witness at the Rule 702 Hearing to challenge the admissibility of Dr. Maest's expert testimony. Mr. O'Hayre may not testify as an expert witness at trial because he was not designated by the defendant under Rule 26(a)(2).[1] It is

    **FURTHER ORDERED** that Plaintiffs' Expedited Motion to Stay the Joint Submission Under Fed.R.Evid. 702 Pending a Ruling on Plaintiffs' Contemporaneously Filed Motion to Exclude Under Fed.R.Civ.P. 37(C), filed September 15, 2006, is **GRANTED** in part as follows: The parties shall file their Joint Submission Under Fed.R.Evid. 702 **on or before September 21, 2006.**

Dated: September 19, 2006

---

[1] Defendant represented to the plaintiffs in a September 14, 2006 e-mail that it does not intend to call Mr. O'Hayre as an expert witness at trial. *See* attachment to Plaintiffs' Expedited Motion.