IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-02163-BNB-MEH

SIERRA CLUB and
MINERAL POLICY CENTER,

      Plaintiffs,

v.

EL PASO GOLD MINES, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 3, 2006.**

Plaintiff's Unopposed Motion to Vacate settlement Conference set for October 27, 2006 [Filed September 30, 2006; Docket #211] is **granted**. The settlement conference set for October 27, 2006, is **vacated**. The parties are directed to contact Chambers to reschedule the conference at the appropriate time.