IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 01-cv-2163-BNB-MEH

SIERRA CLUB, and
MINERAL POLICY CENTER,

    Plaintiffs

v.

EL PASO PROPERTIES, INC.,
(formerly known as EL PASO GOLD MINES, INC.)

    Defendant.

_____

**ORDER**
_____

This matter is before me on **El Paso's Motion for Sanctions Under Fed. R. Civ. P. 11** [Doc. # 233, filed 1/30/2007] (the "Motion").

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE and may be renewed, if appropriate, after the trial of the case, which is scheduled to begin on February 5, 2007.

Dated February 1, 2007.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge