IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 01-cv-02163-BNB-MEH | Date: February 5, 2007 |
| Deputy Clerk: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

SIERRA CLUB,
and MINERAL POLICY CENTER,

John Barth
Jeffrey Parsons

              Plaintiffs,

v.

EL PASO GOLD MINES,

James Merrill
Stephen Harris
Michael Gustafson

              Defendant

---

## COURTROOM MINUTES

---

**BENCH TRIAL-DAY 1**

Court in session:        8:57 a.m.

Court Calls Case.

Appearance of counsel.

Court's opening remarks.

Evidence if offered on defendant's motion in limine to exclude exhibits and testimony not disclosed pursuant to Fed. R. Civ. P. 26.

**ORDERED:  Defendant's motion in limine to exclude exhibits and testimony not disclosed pursuant to Fed. R. Civ. P. 26.(2/1/07 #235) is TAKEN UNDER ADVISEMENT as stated on the record.**

Stipulation by the parties for sequestration of all fact witnesses.

**ORDERED:  Fact witnesses will be sequestered,  which would be any witness other than Maest, O'Hare, Burm, McCord and Brodgen. All other witnesses shall be excluded unless or until they are called to testify.**
**Mr. Schoger and Mr. Featherstone may attend the trial.**

Opening statement and presentation by Mr. Barth.

Opening statement and presentation by Mr. Merrill.

Court in recess:          10:39 a.m.

Court in session:         10:58 a.m

Mr Barth calls Dr. Maest.

Dr. Maest takes the stand.

Direct Examination of Dr. Maest by Mr. Barth.

Court in recess:          12:06 p.m.

Court in session:         1:24 p.m

Dr. Maest takes the stand.

Direct examination of Dr. Maest.

Court in recess:          2:57 p.m.

Court in session:         3:12 p.m.

Dr. Maest takes the stand.

Direct examination of Dr. Maest.

Court in recess:          4:07 p.m.

Court in session:         4:22 p.m.

Dr. Maest takes the stand.

Direct examination of Dr. Maest.

The following plaintiffs exhibits are admitted.

Exhibit 13,  Exhibit 21 resume, Exhibit 23 by stipulation,  Exhibit 25,  Exhibit 26

Exhibit 27 pp. C 2094-97, 2322-28,   Exhibit 61,  Exhibit 81,

Exhibit 89 pp. 17A, 18A, 1C, 5C, 6C,  Exhibit 90 pp. 1659-61, 1709, 1661-64

Exhibit 91 pp. 1718-22, 713-15, 717-18 and attachment 5,  Exhibit 93

Exhibit 96 pp. 2, 3, 4,  Exhibit 97,  Exhibit 98

Exhibit 99 pp. 171, 173, 195, 202, 530, 540,  Exhibit 100,  Exhibit 102

Exhibit 103,  Exhibit 105,  Exhibit 107

Court in recess:        4:44 p.m.        Hearing continued.

Total time in court:    06:29

.