IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-02163-BNB-MEH

SIERRA CLUB,
and MINERAL POLICY CENTER,

    Plaintiffs,

v.

EL PASO GOLD MINES,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing on *Feb. 9, 2007*, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this __9__ day of February, 2007.

                BY THE COURT:

                _____
                Boyd N. Boland, Magistrate Judge

APPROVED AS TO FORM:

_____        _____
ATTORNEY FOR PLAINTIFF        ATTORNEY FOR DEFENDANTS