IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 01-cv-2163-BNB-MEH

SIERRA CLUB, and
MINERAL POLICY CENTER,

    Plaintiffs

v.

EL PASO PROPERTIES, INC.,
(formerly known as EL PASO GOLD MINES, INC.)

    Defendant.

_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion Requesting Court Action Under Fed. R. Civ. P. 58(c)(2)** [Doc. # 260, filed 6/25/2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED, and the defendant's motion for attorney's fees [Doc. # 255] shall have the same effect under Fed. R. App. P. 4(a)(4) as a timely motion under Fed. R. Civ. P. 59.

Dated June 26, 2007.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge