IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-2163-BNB-MEH

SIERRA CLUB, and
MINERAL POLICY CENTER,

Plaintiffs,

v.

EL PASO GOLD MINES,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw as Counsel** [docket no. 284, filed February 1, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and attorney Michael J. Gustafson is withdrawn from the representation of defendant, and is to be removed from electronic service.


DATED: February 4, 2008