UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-02163-BNB-MEH

SIERRA CLUB and
MINERAL POLICY CENTER,

      Plaintiffs,

v.

EL PASO GOLD MINES,

      Defendant.

---

ORDER DIRECTING CLERK OF COURT TO RETURN KEY TO ROOSEVELT TUNNEL PORTAL, WHICH IS NOW ON DEPOSIT IN COURT REGISTRY, TO THE BUREAU OF LAND MANAGEMENT

---

On motion of interested party the United States of America, and good cause appearing, it is HEREBY ORDERED that the Clerk of the Court shall return the key to the Roosevelt Tunnel Portal gate, which defendant El Paso Gold Mines deposited in the Court Registry on or about June 26, 2002 (Doc. 64), to the Bureau of Land Management.

The Clerk of the Court is ordered to mail the key to the following address:

    Daniel Grenard, Geologist
    BLM – Royal Gorge Field Office
    3028 E. Main Street
    Canon City, CO 81212.

IT IS SO ORDERED.

Dated: Sept. 8, 2008

                                  UNITED STATES MAGISTRATE JUDGE